BEFORE THE FIRST DIVISION, JUNE 9, 1945

**No. 50239.**—Protests 6384–K, etc., of Aris Gloves, Inc., et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise in question consists of doeskins the same in all material respects as those ·the subject of *Steinberger Bros. Gloves Corp.* v. *United States* (3 Cust. Ct. 187, C. D. 229). In accordance therewith the merchandise was held dutiable as claimed.

**No. 50240.**—Protests 19992–K, etc., of General Glove Corp. (New York).

Opinion by OLIVER, P. J. It was stipulated that the gloves in question are the same in all material respects as those the subject of *United States* v. *Aris Gloves, Inc.* (31 C. C. P. A. 169, C. A. D. 268), which record was incorporated herein. In accordance therewith certain items of the merchandise were held dutiable at $5 per dozen pairs, plus $1 per dozen pairs, under paragraph 1532 (a), as modified by the Czechoslovakian Trade Agreement (T. D. 49458), and other items were held dutiable at $5.50 per dozen pairs under the same paragraph.

**No. 50241.**—Protests 98953–K, etc., of Dixie Veneer Co. et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the flitches and half logs in question are similar in all material respects to those the subject of *United States* v. *Dixie Veneer Co., Inc.* (32 C. C. P. A. 75, C. A. D. 288), which record was incorporated herein. In accordance therewith the merchandise was held entitled to entry free of duty and tax as claimed. ·